FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB - 7 2019

JAMES W. McCORMACK, CLERK
By:_____
          DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 4:19CR 00078 BSM |
| v. ) | |
| ) | 18 U.S.C. § 922(g)(1) |
| MELISA DAWN STONE ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

1. Prior to August 17, 2018, the defendant,

MELISA DAWN STONE,

had previously been convicted in Faulkner County, Arkansas Circuit Court for Fraud – Drug Paraphernalia in case number 23CR-01-955.

2. The crime set forth in paragraph 1 above was punishable by a term of imprisonment exceeding one year.

3. On or about August 17, 2018, in the Eastern District of Arkansas, the defendant,

MELISA DAWN STONE,

knowingly possessed in and affecting commerce a firearm, that is, a Heritage Manufacturing, model Rough Rider, .22LR caliber revolver, bearing serial number J18862.

These acts were all in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of Count 1 of this Indictment, the defendant, MELISA DAWN STONE, shall forfeit to the United States, under Title 18, United States Code, Section 924(d) and Title 28,

United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]