**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

v.                  **CASE NO. 4:19-CR-00078-01 BSM**

**MELISA DAWN STONE**                                            **DEFENDANT**

## ORDER

Defendant Melisa Dawn Stone's unopposed motion to continue her August 12, 2019 trial [Doc. No. 20] is granted. Defense counsel seeks a continuance so that the Bureau of Prisons may continue to restore the defendant's competency and complete the remainder of the defendant's forensic evaluation.

Failure to grant a continuance would deny defendant reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to February 3, 2020, at 9:30 a.m. in Courtroom 2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 31st day of July, 2019.

                                                           _/s/ Brian S. Miller_
                                                        UNITED STATES DISTRICT JUDGE