UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:19CR00078-01 BSM |
| | ) | |
| | ) | |
| MELISA DAWN STONE | ) | DEFENDANT |

## MOTION FOR ORDER

1.  On March 13, 2019, undersigned counsel filed an unopposed motion requesting that the Defendant undergo a psychiatric examination to determine her mental competency, whether or not she is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense, as well as whether or not she was insane at the time of the offense charged;

2.  On July 24, 2019, the parties received a psychiatric report pursuant to 18 U.S.C. § 4247(c) which concluded, following evaluation, that: The Defendant displays symptoms of mental illness which significantly impair her rational understanding of the proceedings against her and her ability to communicate with undersigned counsel with a reasonable degree of rational understanding. The evaluation regarding the Defendant's criminal responsibility could not be completed unless and until the Defendant's competency can be established;

3.	At this time, undersigned counsel moves this Court to order the Defendant be committed for an additional period of restoration, treatment, and evaluation pursuant to 18 U.S.C. § 4241(d) in order to establish competency;

4.	Further, once competency is established, undersigned counsel moves the Court to order that the Defendant undergo an examination pursuant to 18 U.S.C. § 4242 and 4247(b) and (c) to determine whether she was insane at the time of the offense charged;

5.	Any delay in commencing trial of this case occasioned by these periods of restoration, treatment, evaluation, and examination requested herein should be excluded under the Speedy Trial Act as provided in 18 U.S.C. § 3161(h)(1)(A) and (H); and

6.	Assistant United States Attorney Cameron McCree has been contacted and he does not oppose the above requests.

WHEREFORE, undersigned counsel and the Defendant respectfully requests that this Court grant her Motion and for all other just and appropriate relief.

        Respectfully submitted,

        LISA G. PETERS
        FEDERAL DEFENDER

By:   Molly Sullivan
      Bar Number 2009-200
      Assistant Federal Defender
      The Victory Building, Suite 490
      1401 West Capitol Avenue
      Little Rock, AR 72201
      (501) 324-6113
      E-mail: Molly_Sullivan@fd.org

For:  Melisa Dawn Stone, Defendant