**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**v.**                      **CASE NO. 4:19-CV-00078-BSM**

**MELISA DAWN STONE**                                          **DEFENDANT**

**ORDER**

    The psychological reports submitted by the Bureau of Prisons on July 17, 2019, and December 19, 2019, and the findings therein, are adopted.  The government's motion to dismiss its indictment against Melisa Stone, and request to disclose the psychological reports to the state and state hospital, both made orally at the psychiatric report hearing on April 10, 2020, are granted.

    IT IS SO ORDERED this 20th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE